Jary Glenn Goodrich / 12-7071
Name and Prisoner/Booking Number

Minnehaha County Jail
Place of Confinement

500 North Minnesota Avenue
Mailing Address

Sioux Falls, South Dakota 57104
City, State, Zip Code

**FILED**

**DEC 28 2012**

CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH DAKOTA
## SOUTHERN DIVISION

Jary Glenn Goodrich
(Full Name of Plaintiff)
,

Case No. CIV12-4216
(To be supplied by the Clerk)

Plaintiff,

vs.

LINCOLN COUNTY CIRCUIT COURT, S. Dak. ,

STATE OF SOUTH DAKOTA ,

S. D. DEPARTMENT OF CORRECTIONS ,

_____ ,

(Full Name of Each Defendant)

Defendants.

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## INJUNCTIVE RELIEF OR JURY TRIAL DEMANDED

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   a. ☒ 28 U.S.C. § 1343(a)(3); 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   c. ☒ Other: (Please specify.)  Parole Release

2. Name of Plaintiff:  Jary Glenn Goodrich
   Present mailing address:  500 North Minnesota Avenue, Sioux Falls, South Dakota 57104
   **(Failure to notify the Court of any change of address may result in dismissal of this action.)**

   Institution/city where violation occurred: Minnehaha County Jail / Sioux Falls, S.D.

3.  Name of first Defendant: _Lincoln Co. Circuit Ct, S. Dak._ . The first Defendant is employed as:
    _____ at _____ .
    (Position and Title)                    (Institution)
    This Defendant is sued in his/her: ☒ individual capacity  ☒ official capacity (check one or both)
    Explain how this Defendant was acting under color of law: _____ ____
    _____ .

4.  Name of second Defendant: _State of South Dakota_ The second Defendant is employed as:
    _____ at _____ .
    (Position and Title)                    (Institution)
    This Defendant is sued in his/her: ☒ individual capacity  ☒ official capacity (check one or both)
    Explain how this Defendant was acting under color of law: _____
    _____ .

5.  Name of third Defendant: _S.D. Dept. of Corrections_ . The third Defendant is employed as:
    _____ at _____ .
    (Position and Title)                    (Institution)
    This Defendant is sued in his/her: ☒ individual capacity  ☒ official capacity (check one or both)
    Explain how this Defendant was acting under color of law: _____
    _____ .

6.  Name of fourth Defendant: _____ . The fourth Defendant is employed as:
    _____ at _/ _____ . .
    (Position and Title)                    (Institution)
    This Defendant is sued in his/her: ☐ individual capacity  ☐ official capacity (check one or both)
    Explain how this Defendant was acting under color of law: _____
    _____ .

**(If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.)**

## B. PREVIOUS LAWSUITS

1.  Have you filed any other lawsuits while you were a prisoner?   ☐ Yes  ☒ No

2.  If your answer is "yes," how many lawsuits have you filed? _____ . Describe the previous lawsuits in the spaces provided below.

3.  First prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____
        _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

    _____

    c.  Case or docket number: _____

    d.  Claims raised: _____

    _____

    _____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f.  Approximate date lawsuit was filed: _____

    g.  Approximate date of disposition: _____


4.  Second prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

        _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

    _____

    c.  Case or docket number: _____

    d.  Claims raised: _____

    _____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f.  Approximate date lawsuit was filed: _____

    g.  Approximate date of disposition: _____


5.  Third prior lawsuit:
    a.  Parties to previous lawsuit:
        Plaintiff: _____
        Defendants: _____

        _____

    b.  Court: (If federal court, identify the district; if state court, identify the county.) _____

    _____

    c.  Case or docket number: _____

    d.  Claims raised: _____

    _____

    e.  Disposition: (For example: Was the case dismissed?  Was it appealed?  Is it still pending?

    f.  Approximate date lawsuit was filed: _____

    g.  Approximate date of disposition: _____

**(If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.)**

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   Probation or Parole Release _____

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)
   - ☐ Medical care
   - ☐ Access to the court
   - ☐ Mail
   - ☐ Disciplinary proceedings
   - ☒ Retaliation
   - ☐ Exercise of religion
   - ☐ Property
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☒ Other: Parole Release _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do to violate your rights. State the facts clearly in your own words without citing legal authority or arguments).

   The Lincoln County Circuit Court, S. Dak. has refused and retaliated against me because I will not give up any of my U.S. Constitutional Rights and had a Jury Trial. My alleged crime is Stalking a 2 year sentence. Probation or Parole Release in the "Establishment of Initial Parole Date" and "Minimum Time To Be Served" by S.D. Statute is 25% or 174 Days of Confinment. I have been in Minnehaha County Jail since May 10, 2012 or about 230 Days. My rights to parole release by S.D. Statute have been violated by the Lincoln County Court, S. Dak. or State of South Dakota or S.D. Dept. of Corrections.

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).

   My Right to be Released and Freedom have been violated. The wants to send me to Prison.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                    ☐ Yes ☒ No
   b. Did you submit a request for administrative relief on Count I?          ☐ Yes ☒ No
   c. Did you appeal your request for relief on Count I to the highest level?  ☐ Yes ☒ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. I have not been sentenced by the Court. My sentence to be served is Done. IE. 174 Days in Co. Jail. Been here starting May 10, 2012 or about 230 Days of Confinment.

---

## COUNT II

1. The following constitutional or other federal right has been violated by the Defendant(s): _____
   _____
   _____

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated in a different count)   ☐ Medical care     ☐ Access to the court   ☐ Mail
   ☐ Disciplinary proceedings     ☐ Retaliation     ☐ Exercise of religion   ☐ Property
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II.  Describe exactly what each Defendant did or did not do to violate your rights.  State the facts clearly in your own words without citing legal authority or arguments).
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____
   _____

4. **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
   _____
   _____
   _____

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?                                      ☐ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II?        ☐ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☐ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief to the highest level, briefly explain why you did not. _____
   _____

## COUNT III

1.  The following constitutional or other federal right has been violated by the Defendant(s): _____
    _____
    _____

2.  Count III involves: (Check **only one**; if your claim involves more than one issue, each issued should be stated
    in a different count)          ☐ Medical care        ☐ Access to the court    ☐ Mail
    ☐ Disciplinary proceedings     ☐ Retaliation         ☐ Exercise of religion ☐ Property
    ☐ Excessive force by an officer ☐ Threat to safety    ☐ Other: _____

3.  **Supporting Facts:** (State as briefly as possible the FACTS supporting Count III.  Describe
    exactly what each Defendant did or did not do to violate your rights.  State the facts clearly in
    your own words without citing legal authority or arguments).
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____
    _____

4.  **Injury:** (State how you have been injured by the actions or inactions of the Defendant(s)).
    _____
    _____
    _____

5.  **Administrative Remedies:**
    a.  Are there any administrative remedies (grievance procedures or administrative appeals)
        available at your institution?                                    ☐ Yes ☐ No
    b.  Did you submit a request for administrative relief on Count III?   ☐ Yes ☐ No
    c.  Did you appeal your request for relief on Count III to the highest level?  ☐ Yes ☐ No
    d.  If you did not submit or appeal a request for administrative relief to the highest level, briefly
        explain why you did not. _____
        _____

**(If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.)**

## D.  REQUEST FOR RELIEF

State briefly what you want the Court to do for you.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  December 26, 2012          Jary Glenn Goodrich
              DATE                            SIGNATURE OF PLAINTIFF

_____
(Name and title or paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
_____
_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form.  If needed, you may attach additional pages.  The form, however, must be completely filled in to the extent applicable.