**FILED**

**JAN 2 8 2013**


CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JARY GLENN GOODRICH, | * | CIV 12-4216-RAL |
| Plaintiff, | * | |
| vs. | * | JUDGMENT OF DISMISSAL |
| LINCOLN COUNTY CIRCUIT COURT, THE STATE OF SOUTH DAKOTA, and THE SOUTH DAKOTA DEPARTMENT OF CORRECTIONS | * | |
| Defendants. | * | |

Pursuant to the Opinion and Order Granting Leave to Proceed In Forma Pauperis and Dismissing Complaint (Doc. 5), it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants and against Plaintiff.

Dated January 28th, 2013.

BY THE COURT:

ROBERTO A. LANGE
UNITED STATES DISTRICT JUDGE